# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | NO. 1:23-cv-05108-JPB |
| ) | |
| DUKE TRANSPORT & TOWING, LLC, ) | |
| RANDY CHAMBERS, CURLEY ) | |
| COOPER, III, and SONYIA COOPER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT MOTION TO STAY THE CASE

COMES NOW Plaintiff AmGuard Insurance Company ("AmGuard"), and Defendants Curley Cooper, III, and Sonyia Cooper (collectively the "Parties[1]"), and hereby move this Court to stay this matter up to and including May 31, 2024.

AmGuard issued an insurance policy to Duke and filed the instant lawsuit seeking a declaratory judgment that the policy is void *ab initio* or alternatively does not provide defense and indemnity coverage for Duke or Chambers for the underlying lawsuit styled *Curley Cooper III and Sonyia Cooper v. Randy Chambers,*

---

[1] Defendants Duke Transport & Towing, LLC ("Duke") and Randy Chambers ("Chambers") have not entered an appearance in this lawsuit and are currently in default.

1

*et al.*, Case No. STCV23-00364, filed in the State Court of Chatham County, Georgia (the "*Cooper* Action").  Discovery in the *Cooper* Action is ongoing and the outcome of upcoming depositions in that lawsuit may prove dispositive as to the issues being litigated in the instant lawsuit.  Accordingly, the Parties hereby request that the Court stay the instant lawsuit up through and including May 31, 2024.

Respectfully submitted this 16th day of April, 2024.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Kyle P. Barrett*
Kyle P. Barrett
Georgia Bar No. 874795
Janet Tolbert (admitted *pro hac vice*)

*Counsel for Plaintiff AmGuard Insurance Company*

3348 Peachtree Road NE, Suite 1400
Atlanta, Georgia 30326
Telephone:  (470) 419-6650
Facsimile:  (470) 419-6651
kyle.barrett@wilsonelser.com
janet.tolbert@wilsonelser.com

**OLIVER MANER LLP**

*/s/ George T. Major, Jr. (signed w/e/p by K. Barrett)*
Benjamin M. Perkins
Georgia Bar No. 140997
George T. Major, Jr.
Georgia Bar No. 619608

*Counsel for Defendants Curley Cooper, III and Sonyia Cooper*

2

295554769v.1

218 West State Street Georgia
P.O Box 10186
Savannah, Georgia 31412
(912) 236-3311
(912) 236-8725 facsimile
Bperkins@olivermaner.com
Gmajor@olivermaner.com

295554769v.1